UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AIS DESIGNS CO., *Plaintiff* | § | |
| | § | |
| VS. | § | Civil Action No. 4:24-cv-00837 |
| | § | |
| | § | |
| J.J.S. CUSTOM BUILT HOMES, | § | |
| INC.,JOSES de JESUS SALAZAR, | § | |
| JAVIER RODRIGUEZ, VALLERI | § | |
| SALAZAR, and KWWD, LLC d/b/a | § | |
| KELLER WILLIAMS | § | |
| REALTY-WOODLANDS, NEXTGEN | § | |
| REAL ESTATE PROPERTIES LLC, | § | |
| and CONNECT REALTY.COM, INC. | § | |
| *Defendants* | § | |

## BROKER DEFENDANTS' NOTICE OF APPEAL

Broker Defendants/Cross-Appellants KWWD, LLC, NextGen Real Estate Properties LLC, and Connect Realty.com, Inc. (collectively Broker Defendants) hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Dkt 175), specifically any inclusion of findings of liability under the Tex. Occ. Code § 1101.803. Broker Defendants additionally appeal from the trial court's Order (Dkt 194) denying NextGen Real Estate Properties LLC's Motion for FRCP 68 Costs (Dkt 181) and Broker Defendants' Rule 54 Motion for Attorneys' Fees and Costs (Dkt 183).

The Order on Attorneys' Fees and Costs was signed on October 16, 2025 (Dkt 194) and Broker Defendants will be filing a motion to alter or

amend that order under Rule 59(e). Broker Defendants also have pending Bills of Costs that have not been ruled on by the trial court. (Dkt 178, 179, 180).

This notice of appeal is filed to preserve Broker Defendants' rights to appeal any and all adverse interlocutory rulings merged into and forming the basis for the Final Judgment and/or any other non-granting or denial of an award of fees, costs or expenses to Broker Defendants to the extent the errors are required to be appealed in the merits appeal taken by Plaintiff and the other Defendants and not as a separate collateral order/appeal.

Broker Defendants reserve the right to file an amended notice of appeal if necessary or appropriate.

November 11, 2025                         Respectfully submitted,


**ROGERS & ELLIOTT, PLLC**


Stephan B. Rogers
State Bar No. 17186350
steve@retexlaw.com
Kelly P. Rogers
State Bar No. 00788232
kelly@retexlaw.com
309 Water Street, Suite 201
Boerne, TX 78006
(830) 816-5487
Fax: (866) 786-4777
***Attorneys For KWWD, LLC***

**BUCHALTER APC**

Michelle Q. Pham
Attorney-in-Charge
State Bar No. 24081099
Federal I.D. 3894060
mpham@buchalter.com
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052
Fax: 206.855.5239
***Attorneys For Defendant Nextgen
Real Estate Properties LLC***

**GAUNTT, KOEN, BINNEY & KIDD, LLP**

David P. Andis
State Bar No. 00793265
Southern District Federal ID. 19480
*David.andis@gkbklaw.com*
Thomas F. O'Connell
State Bar No. 15150700
*Tom.oconnell@gkbklaw.com*
25700 I-45 North, Suite 130
Spring, TX 77386
281.367.6555
281.367.3705 Facsimile
***Attorneys For Defendant Connect
Realty.Com, Inc.***

## CERTIFICATE OF SERVICE

On November 11, 2025, I filed the foregoing document with the Clerk of the Court and served the document on all counsel of record in this case through the Court's electronic filing system.

Stephan B. Rogers