UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AIS DESIGNS CO., *Plaintiff* | § | |
| | § | |
| VS. | § | Civil Action No. 4:24-cv-00837 |
| | § | |
| | § | |
| J.J.S. CUSTOM BUILT HOMES, | § | |
| INC.,JOSES de JESUS SALAZAR, | § | |
| JAVIER RODRIGUEZ, VALLERI | § | |
| SALAZAR, and KWWD, LLC d/b/a | § | |
| KELLER WILLIAMS | § | |
| REALTY-WOODLANDS, NEXTGEN | § | |
| REAL ESTATE PROPERTIES LLC, | § | |
| and CONNECT REALTY.COM, INC. | § | |
| *Defendants* | § | |

**BROKER DEFENDANTS' JOINT
AMENDED NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 4(a)(4)(B)(ii) and 3(b), Appellees/Cross-Appellants KWWD, LLC, NextGen Real Estate Properties LLC, and Connect Realty.com, Inc. (collectively Broker Defendants) file their Joint Amended Notice of Appeal. Broker Defendants' Notice of Appeal filed November 11, 2025 [Doc 203] is incorporated herein.

In addition to the Final Judgment [Doc 175] and Orders appealed in their Notice of Appeal [Docs 181, 183, 194], Broker Defendants appeal from the Court's Order [Doc 212] denying Defendant NextGen Real Estate Properties LLC's Motion to Alter or Amend the Order Denying Motion for

Page 1 of 3

FRCP 68 Costs [Doc 205], and the Order [Doc 217] denying the Broker Defendants' Motion for Reconsideration of Order & Alternative Rule 62.1 Motion for Indicative Ruling [Doc 216].

Broker Defendants hereby jointly appeal the Final Judgment and the Orders to the United States Court of Appeals for the Fifth Circuit.

This Joint Amended Notice of Appeal is filed to preserve Broker Defendants' rights to appeal any and all adverse interlocutory rulings merged into and/or forming the basis for the Final Judgment and/or any other Orders referenced herein.

December 5, 2025                          Respectfully submitted,

**ROGERS & ELLIOTT, PLLC**

Stephan B. Rogers
State Bar No. 17186350
steve@retexlaw.com
Kelly P. Rogers
State Bar No. 00788232
kelly@retexlaw.com
309 Water Street, Suite 201
Boerne, TX 78006
(830) 816-5487
Fax: (866) 786-4777
***Attorneys For KWWD, LLC***
**BUCHALTER APC**

Michelle Q. Pham
Attorney-in-Charge
State Bar No. 24081099

Federal I.D. 3894060
mpham@buchalter.com
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052
Fax: 206.855.5239
***Attorneys For Defendant Nextgen
Real Estate Properties LLC***

**GAUNTT, KOEN, BINNEY & KIDD, LLP**

David P. Andis
State Bar No. 00793265
Southern District Federal ID. 19480
*David.andis@gkbklaw.com*
Thomas F. O'Connell
State Bar No. 15150700
*Tom.oconnell@gkbklaw.com*
25700 I-45 North, Suite 130
Spring, TX 77386
281.367.6555
281.367.3705 Facsimile
***Attorneys For Defendant Connect
Realty.Com, Inc.***

## CERTIFICATE OF SERVICE

On December 5, 2025, I filed the foregoing document with the Clerk of the Court and served the document on all counsel of record in this case through the Court's electronic filing system.

Stephan B. Rogers