No. 25-20491

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

AIS Designs Company,

*Plaintiff - Appellee / Cross-Appellant / Cross-Appellee*

v.

J.J.S. Custom Built Homes, Incorporated; Jose de Jesus Salazar; Valleri Salazar,

*Defendants - Appellants / Cross-Appellees*

KWWD, L.L.C., doing business as Keller Williams Realty-Woodlands; NextGen Real Estate Properties, L.L.C.; Connect Realty.com, Incorporated,

*Defendants — Cross-Appellees / Cross-Appellants*

On Appeal from the United States District Court for the Southern District of Texas No. 4:24-CV-837

### J.J.S. CUSTOM BUILT HOMES ET AL'S CONDITIONALLY OPPOSED SECOND MOTION FOR EXTENSION TO FILE THEIR OPENING BRIEF

Pursuant to Federal Rules of Appellate Procedure 26(b) and 31(a), and Fifth Circuit Rules 26.2 and 31.4, counsel for Appellants/Cross-Appellees J.J.S. Custom Built Homes, Incorporated; Jose de Jesus

Salazar; and Valleri Salazar request a 30-day Level 2 extension of the deadline to file their Opening Brief.

This is the Appellants' second request for an extension of time. Cross-Appellees/Cross-Appellants Keller Williams Realty-Woodlands; NextGen Real Estate Properties, L.L.C.; and Connect Realty.com, Incorporated are all unopposed.

Appellee/Cross-Appellant AIS Designs Company is conditionally opposed pending its request to dissolve any stay of post-judgment execution due to Appellants' inability to obtain a sufficient appellate bond.

The Appellants' deadline is currently April 9, 2026. With the requested 30-day extension, Appellants ask for a new deadline of Monday, May 11, 2026.

Good cause for a Level 2 extension exists due to the following professional commitments of appellate counsel in addition to the normal course of business, which are as follows:

- Undersigned counsel Mr. Milton negotiated a final settlement of a long-tail personal injury trial originally set for March 10, 2026, in *Watanabe v. St. Nicholas Greek Orthodox Catholic Church, et al.*

Case No. 21STCV09278, of which final signatures and releases were signed on March 21, 2025;

- Mr. Milton assisted in the drafting of petition for review in *Texas Law Shield, et al v. Juan Manel Perez, Katie Kassab, and Bianca Arguello*, in the Supreme Court of Texas, filed on March 13, 2026.

- Mr. Milton assisted in the drafting and filing of an appellant's brief on March 19, 2026, in *Columbia/ HCA of Houston, Inc. v. Fondren Orthopedic Ltd.*, Case No. 14-25-00216-CV in the Court of Appeals for the Fourteenth District.

- Mr. Milton drafted a Rule 166(g) motion in *AVS Industrial, LLC v. Energy Vault, LLC*, Cause No. 2024-45957 on March 25, 2026, in the 270th District Court, Harris County, Texas, and is preparing for a three-day bench trial beginning on March 31, 2026.

- Mr. Milton is preparing emergency appellate relief filings ahead of a discovery hearing set for April 2, 2026, in *DNOW L.P. v. Katherine Mansell et al.*, Cause No. 25-05-15604-ZCV, consolidated with, *DNOW L.P. v. Mattea Mansell et al.*, Cause No. 25-05-15604-ZCV, in the 293rd District Court, Zavala County, Texas and the Texas Fourth Court of Appeals of San Antonio.

- Mr. Milton will be drafting an Appellant's Reply brief in *Capital Storage Holdings, LLC, v. SpareBox Self Storage, LLC*, Case No. 01-25-00615-CV, in the Texas First Court of Appeals of Houston due on April 21, 2026.

The extension is not sought for delay, but rather so that justice can be done.

## Conclusion

For the foregoing reasons, Appellants pray that the Court extend the deadline to file their Appellants' brief until May 11, 2026.

Respectfully submitted,

**AHMAD ZAVITSANOS & MENSING PLLC**

/s/ Antonio X. Milton
Antonio X. Milton
Texas Bar No. 24132553
Federal ID No. 3912473
AHMAD, ZAVITSANOS & MENSING, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Tel.: (713) 655-1101
Fax: (713) 655-0062
amilton@azalaw.com

*Counsel for Appellants / Cross-Appellees J.J.S. Custom Built Homes, Incorporated, Jose de Jesus Salazar and Valleri Salazar*

**Certificate of Service**

On March 30, 2026, I certify that I served a true and correct copy of this Statement on all counsel of record pursuant to CM/ECF filing in compliance with the FEDERAL RULES OF APPELLATE PROCEDURE.

/s/ Antonio X. Milton
Antonio X. Milton

## Certificate of Compliance

1. This motion complies with the type-volume limitation of FED. R. APP. P. Rule 27(a)(2)(B) because:

- this motion contains 448 words.

2. This motion also complies with the typeface requirements of FED. R. APP. P. 32(A)(5) and the type requirements of FED. R. APP. P. 32(A)(6) because:

- this motion has been prepared in a proportionally spaced typeface using Microsoft Word 365 with a 14 point font named Century Schoolbook.